**Order entered September 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01484-CR

**LARRY RAY BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-69427-M**

## ORDER

The State's September 17, 2015 second motion for extension of time to file the State's

brief is **GRANTED**. The State's brief received by the Clerk of the Court on September 17, 2015

is **DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
             JUSTICE